IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBBIE ROBINSON, | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | Case No. 2:19-cv-4667-JDW |
| | : | |
| TAMMY FERGUSON, *et al.*, | : | |
|     Defendants. | : | |

## ORDER

AND NOW, this 26th day of November, 2019, upon consideration of Robbie Robinson's Motion to Proceed *In Forma Pauperis* (ECF No. 4), Prisoner Trust Fund Account Statement (ECF No. 5), and *pro se* Complaint (ECF No. 1), it is **ORDERED** that:

1.  The Motion to Proceed *In Forma Pauperis* (ECF No. 4) is **GRANTED** pursuant to 28 U.S.C. § 1915;

2.  Robbie Robinson, #JH-0765, shall pay the full filing fee of $350 in installments, pursuant to 28 U.S.C. § 1915(b), regardless of the outcome of this case. The Court **DIRECTS** the Superintendent of SCI Fayette or other appropriate official to assess an initial filing fee of 20% of the greater of (a) the average monthly deposits to Robinson's inmate account; or (b) the average monthly balance in Robinson's inmate account for the six-month period immediately preceding the filing of this case. The Superintendent or other appropriate official shall calculate, collect, and forward the initial payment assessed pursuant to this Order to the Court with a reference to the docket number for this case. In each succeeding month when the amount in Robinson's inmate trust fund account exceeds $10.00, the Superintendent or other appropriate official shall forward payments to the Clerk of Court equaling 20% of the preceding month's

income credited to Robinson's inmate account until the fees are paid. Each payment shall refer to the docket number for this case;

    3.    The Clerk of Court is directed to send a copy of this Order to the Superintendent of SCI Fayette;

    4.    The Complaint is deemed filed;

    5.    Robinson's Complaint is **DISMISSED WITHOUT PREJUDICE** for failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) and for the reasons stated in the Court's Memorandum; and

    6.    The Clerk of Court shall **CLOSE** this case.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
**JOSHUA D. WOLSON, J.**